# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
MCC Construction Corporation ) ASBCA No. 60738
)
Under Contract No. W912LA-08-D-0019 )

APPEARANCE FOR THE APPELLANT: Derek J. Lindenschmidt, Esq.
Lakewood, CO

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
Robert B. Neill, Esq.
Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE STEMPLER

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $435,730.70. This amount is inclusive of interest. No further interest shall be paid.

Dated: 30 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60738, Appeal of MCC Construction Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
